UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

GABRIEL A.H.L..

        Petitioner,

v.

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*;

MIGUEL VERGARA, *Director, San Antonio Field Office, Immigration and Customs Enforcement*; and

CHARLOTTE COLLINS, *Warden, T. Don Hutto Detention Center*,

        Respondents.

Civil No. 26-860 (JRT/EMB)

**ORDER**

---

Petitioner, a citizen of Venezuela and resident of Minneapolis, seeks a writ of habeas corpus, alleging that he has been unlawfully detained by U.S. Immigration and Customs Enforcement ("ICE") officials. (Petition ¶ 1–19, Jan. 30, 2026, Docket No. 1.)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

    a. Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

    b. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus by **no later than 5:00 p.m. February 2, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer must include:

    a.     Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.     A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c.     Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d.     Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release. *See e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026).

4.     If Petitioner intends to file a reply to Respondents' answer, he must do so by **no later than 5:00 p.m. on February 3, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 30, 2026                                /s/ John R. Tunheim
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                                                 Judge
                                               United States District Court