# UNITED STATES DISTRICT COURT
## District of Minnesota

Gabriel Alejandro Hernandez Ledezma

Petitioner, v.

Kristi Noem, Todd M. Lyons, David Easterwood, Miguel Vergara, Charlotte Collins

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00860-JRT-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: The Courts Memorandum and Order 6 has been satisfied.

Date: 2/23/2026

KATE M. FOGARTY, CLERK